U.S. COURTS
JUN 26 2025
Rcvd____ Filed_____ Time 2:23pm
STEPHEN W. KENYON
CLERK, DISTRICT OF IDAHO

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident, Plaintiff<br><br>v.<br><br>RICHARD D. CAMPBELL, et al.<br>Defendants. | Case No. CV 25-0332-N BLW<br><br>MOTION FOR TEMPORARY RESTRAINING ORDER<br>(FRCP 65, Local Rule 7.1) |

Pursuant to Federal Rule of Civil Procedure 65 and District of Idaho Local Rule 7.1, Plaintiff Igor Malanchuk, pro se, moves for a Temporary Restraining Order (TRO) to:

Stay the July 2, 2025, hearing in Idaho state case CV28-24-3824 (Orgill, Inc.) on Defendant Orgill's proposed amended judgment for $41,071.44 in attorney fees, based on fraudulent billing practices (Complaint ¶20, Exhibit R).

Stay the July 10, 2025, hearing in Idaho state case CV28-24-5918 (JMAC Resources, Inc.) on Defendant Campbell's June 6, 2025, vexatious litigant motion, seeking a $1,000,000 protection order to bar Plaintiff's court access (Complaint ¶20, Exhibit R).

Enjoin enforcement of void judgments over $90,000 in CV28-24-5918 (JMAC) and CV28-24-3824 (Orgill), obtained through perjury and forged documents (Complaint ¶20, Exhibit R).

This motion is supported by the separately filed Memorandum of Points and Authorities, Declaration of Igor Malanchuk, Plaintiff's Complaint, and Exhibits A–R. Plaintiff requests

1

expedited consideration due to the imminent July 2 and July 10, 2025, hearings, which threaten irreparable harm to his constitutional rights.

Dated: June 26, 2025

_____
Igor Malanchuk, Pro Se
26515 E Mission Ave., Liberty Lake, WA 99019
Phone: (509) 466-9787
Email: info@claimdemands.com

**Certificate of Service**

I certify that on June 26, 2025, I will serve this Motion, the Memorandum, Declaration, Complaint, and exhibits on all Defendants via U.S. Mail or personal service, per FRCP 4, to the addresses in the Complaint (¶B1–18), and file a service status report within 30 days (Local Rule 4.1).

_____
Igor Malanchuk