MICHAEL S. BISSELL
CAMPBELL & BISSELL, PLLC
820 West 7th Avenue
Spokane, WA 99204
Telephone: (509) 455-7100
mbissell@campbell-bissell.com

Attorney for Defendants Richard Campbell,
Kateari Jensen, Nathan Gwinn and
Campbell & Bissell, PLLC

## UNITED STATES DISTRICT COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL, PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually, KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-00332-BLW<br><br>**NOTICE OF APPEARANCE** |

TO:         All parties and counsel of record

AND TO:     The Clerk of the Court

NOTICE OF APPEARANCE - 1

YOU WILL PLEASE TAKE NOTICE that Michael S. Bissell of the firm Campbell & Bissell, PLLC, hereby enters its appearance in the above captioned matter on behalf of Defendants **RICHARD D. CAMPBELL, CAMPBELL & BISSELL, PLLC, NATHAN P. GWINN AND KATEARI N. JENSEN**, without waiving any or all claims or defenses that may exist pursuant to the Federal Rules of Civil Procedure 8 or 12, and further requests that all further papers and pleadings herein served upon the undersigned attorney at the address stated below.

Respectfully submitted this 2nd day of July, 2025.

          CAMPBELL & BISSELL, PLLC


          By: */s/ Michael S. Bissell*
          MICHAEL S. BISSELL
          Attorney for Defendants Richard Campbell,
          Kateari Jensen, Nathan Gwinn and
          Campbell & Bissell, PLLC

          CAMPBELL & BISSELL, PLLC
          820 West 7th Avenue
          Spokane, WA 99204
          Telephone:  (509) 455-7100
          E-mail: mbissell@campbell-bissell.com

NOTICE OF APPEARANCE - 2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 2nd day of July, 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- Igor Malanchuk
  26515 East Mission Avenue
  Liberty Lake, WA 99019
   *Info@claimdemands.com*

                                                                            */s/ Michael S. Bissell*
                                                                            MICHAEL S. BISSELL
                                                                            Attorney for Defendants Richard D.
                                                                            Campbell, Campbell & Bissell, PLLC,
                                                                            Nathan P. Gwinn and Kateari J. Jensen
                                                                            820 West 7th Avenue
                                                                            Spokane, WA 99204
                                                                            Telephone: (509) 455-7100
                                                                            E-mail: mbissell@campbell-bissell.com

NOTICE OF APPEARANCE - 3