Sawyer R. Margett, ISB 11385
RIVERSIDE NW LAW GROUP, PLLC
905 W. RIVERSIDE AVE., SUITE 208
SPOKANE WA 99201
(425) 299-8330
srm@rnwlg.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State Resident,<br><br>           Plaintiff,<br><br>     v.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL, PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually; KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>           Defendants. | Case No.: 2:25-cv-00332-BLW<br><br>NOTICE OF APPEARANCE |

TO: CLERK OF THE COURT AND TO: PLAINTIFF IGOR MALANCHUK

PLEASE TAKE NOTICE that Sawyer R. Margett of Riverside NW Law Group,

NOTICE OF APPEARANCE - 1

PLLC hereby enters his appearance in this above-captioned lawsuit on behalf of Defendants JMAC Resources, Inc., Terry Gadbaw, Ed Fomenko, Tatyana Fomenko, and Bogdan Marish. Going forward, the above-listed Defendants request that all pleadings and papers herein, except original process, be served upon their counsel at the address stated below:

Sawyer R. Margett  
Riverside NW Law Group, PLLC  
905 W. Riverside Ave., Ste. 208  
Spokane, WA 99201  
Phone: (425) 299-8330  
E-Mail: srm@rnwlg.com

Respectfully submitted this 9th day of July, 2025.

RIVERSIDE NW LAW GROUP, PLLC

s/Sawyer R. Margett
Sawyer R. Margett, ISB 11385
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2025, I used the CM/ECF system to electronically file and serve the forgoing document on all counsel and Parties of record.

                                                */s/ Sawyer R. Margett*
                                                Sawyer R. Margett