Patrick W. Harwood, IBA 6964
KS Lawyers, PLLC
108 N. Washington St., Ste. 201
Spokane WA  99201
Phone: (509) 455-3647
Facsimile: (509) 624-2081
iCourt Service: pharwood@ks-lawyers.com

*Attorneys for Defendants Lake City Law Group PLLC, Katharine B. Brereton, and Jennifer Fegert*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident,<br><br>         Plaintiff,<br><br> v.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually; KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>         Defendants. | NO.  2:25-cv-00332-BLW<br><br>NOTICE OF APPEARANCE FOR DEFENDANTS LAKE CITY LAW GROUP PLLC, KATHARINE B. BRERETON, AND JENNIFER FEGERT |

NOTICE OF APPEARANCE FOR LAKE CITY LAW GROUP PLLC,
KATHARINE B. BRERETON, AND JENNIFER FEGERT - Page 1 of 3

TO:  THE CLERK OF THE COURT AND ALL COUNSEL OF RECORD

PLEASE TAKE NOTICE that Patrick W. Harwood of KS Lawyers, PLLC, hereby enters his appearance in the above cause on behalf of Defendants Lake City Law Group PLLC, Katharine B. Brereton, and Jennifer Fegert above-named without waiving any or all claims or defenses that may exist pursuant to FRCP Rules 8, 12, or otherwise, including insufficient service of process, and further requests that all further pleadings and papers herein, except process, be served upon the undersigned attorney at the address stated above.

DATED: July 11, 2025.

        KS LAWYERS, PLLC

        By: */s/Patrick W. Harwood*
           Patrick W. Harwood, IBA 6964
           KS Lawyers, PLLC
           108 N. Washington St., Ste. 201
           Spokane WA  99201
           iCourt Service: pharwood@ks-lawyers.com
           Attorneys for Defendants Lake City
           Law Group PLLC, Brereton, and Fegert

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on July 11, 2025, I caused to be filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Igor Malanchuk, Pro Se | info@claimdemands.com |
| Michael Bissell | mbissell@campbell-bissell.com |
| Sawyer R. Margett | srm@rnwlg.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant in the manner indicated: N/A

                                                                                /s/Patrick W. Harwood
                                                                                Patrick W. Harwood, IBA 6964
                                                                                KS Lawyers, PLLC