Patrick W. Harwood, IBA 6964
KS Lawyers, PLLC
108 N. Washington St., Ste. 201
Spokane WA  99201
Phone: (509) 455-3647
Facsimile: (509) 624-2081
iCourt Service: pharwood@ks-lawyers.com

*Attorneys for Defendants Lake City Law Group PLLC, Katharine B. Brereton, and Jennifer Fegert*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident,<br><br>                                  Plaintiff,<br><br>     v.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually; KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>                                  Defendants. | NO.  2:25-cv-00332-BLW<br><br>DISCLOSURE STATEMENT FOR:<br><br>DEFENDANT LAKE CITY LAW GROUP PLLC |

Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant Lake City Law Group PLLC, makes the following disclosure:

1. Lake City Law Group PLLC ("the company"), is a non-governmental corporate party.

2. There is no parent corporation.

3. There is no publicly-held corporation that owns 10% or more of the company's stock.

4. The company is domiciled in the state of Idaho.

DATED: July 11, 2025.

        KS LAWYERS, PLLC

        By: */s/Patrick W. Harwood*
        Patrick W. Harwood, IBA 6964
        KS Lawyers, PLLC
        108 N. Washington St., Ste. 201
        Spokane WA  99201
        iCourt Service: pharwood@ks-lawyers.com
        Attorneys for Defendants Lake City
        Law Group PLLC, Brereton, and Fegert

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 11, 2025, I caused to be filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Igor Malanchuk, Pro Se | info@claimdemands.com |
| Michael Bissell | mbissell@campbell-bissell.com |
| Sawyer R. Margett | srm@rnwlg.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant in the manner indicated: N/A

                                                         /s/Patrick W. Harwood
                                                         Patrick W. Harwood, IBA 6964
                                                         KS Lawyers, PLLC