Sawyer R. Margett, ISB 11385
RIVERSIDE NW LAW GROUP, PLLC
905 W. RIVERSIDE AVE., SUITE 208
SPOKANE WA 99201
(425) 299-8330
srm@rnwlg.com

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO, NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State Resident,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL, PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually; KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>　　　　　　　Defendants. | Case No.: 2:25-cv-00332-BLW<br><br>CORPORATE DISCLOSURE FOR DEFENDANT JMAC RESOURCES, INC. |

　　Pursuant to Rule 7.1(a)(1) of the Federal Rules of Civil Procedure, Defendant JMAC Resources, Inc. ("JMAC"), makes the following disclosures:

CORPORATE DISCLOSURE FOR DEFENDANT JMAC RESOURCES, INC. - 1

1. JMAC is a non-governmental corporate party.

2. JMAC is 100% owned by JMAC Energy, LLC, which is 100% owned by a private individual named Jon McCreary.

3. There is no publicly-held corporation that owns 10% or more of JMAC's stock.

4. JMAC is domiciled in North Dakota, but has operations in North Dakota, Idaho, and Washington.

Respectfully submitted this 15th day of July, 2025.

                          RIVERSIDE NW LAW GROUP, PLLC

                          s/Sawyer R. Margett
                          Sawyer R. Margett, ISB 11385
                          *Attorney for Plaintiff*

CORPORATE DISCLOSURE FOR DEFENDANT JMAC RESOURCES, INC. - 2

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2025, I used the CM/ECF system to electronically file and serve the forgoing document on all counsel and Parties of record.

*/s/ Sawyer R. Margett*
Sawyer R. Margett
