Patrick W. Harwood, IBA 6964
KS Lawyers, PLLC
108 N. Washington St., Ste. 201
Spokane WA  99201
Phone: (509) 455-3647
Facsimile: (509) 624-2081
iCourt Service: pharwood@ks-lawyers.com

*Attorneys for Defendants Lake City
Law Group PLLC, Katharine B. Brereton, and
Jennifer Fegert*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident,<br><br>                              Plaintiff,<br><br>   v.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually; KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>                              Defendants. | NO.  2:25-cv-00332-BLW<br><br>DEFENDANTS LAKE CITY LAW GROUP PLLC, KATHARINE B. BRERETON, AND JENNIFER FEGERT RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 60(b) MOTION (Dkt. 32) |

Defendants Lake City Law Group PLLC, Katharine B. Brereton, and Jennifer Fegert provide the following response in opposition to Plaintiff's Motion for Relief From Judgment Under Fed. R. Civ. P. 60(b) (Dkt. 32).

## I.  INTRODUCTION

On July 16, 2025, the Court filed its Memorandum Decision and Order denying Plaintiff's Motion for Temporary Restraining Order and dismissed the above captioned action with prejudice (Dkt. 31). On August 14, 2025, Plaintiff filed his Motion for Relief From Judgment Under Fed. R. Civ. P. 60(b), with supporting documents (Dkt. 32, *et seq*.). Plaintiff argues he is entitled to relief from the Court's Memorandum Decision and Order pursuant to FRCP 60(b)(1) and the catch all "any other reason that justifies relief" of Rule 60(b)(6).  Plaintiff has failed to provide the requisite "extraordinary circumstances" required to succeed on his Motion.

## II.  LAW AND ARGUMENT

FRCP Rule 60(b) permits "a party to seek relief from a final judgment, and request reopening of his case, under a limited set of circumstances." *Kemp v. U.S.*, 596 U.S. 528, 533 (2022), citing *Gonzalez v. Crosby*, 545 U.S. 524, 528, (2005). Under Rule 60(b)(1), a party may seek relief based on "mistake, inadvertence, surprise, or excusable neglect." Rules 60(b)(2) through (b)(5) supply other grounds for reopening a judgment. Rule 60(b)(6) provides a catchall for "any other reason that justifies relief." This last option is available only when Rules 60(b)(1) through (b)(5) are inapplicable. *Id., citing Liljeberg v. Health Services Acquisition Corp.*, 486 U.S. 847, 863, n. 11, (1988). Even then, "extraordinary circumstances" must justify reopening. *Id.*

In the case at bar, Plaintiff initially argues he is entitled to relief because he was not afforded the opportunity to complete service on all defendants. (Dkt. 32, at 2).  However, the

Court's Memorandum Decision ruled as a matter of law Plaintiff failed to meet a required element for the requested temporary restraining order (TRO), specifically, the Court held:

"*Mr. Malanchuk clearly falls short on the merits prong, so the TRO analysis will begin and end there. This Court has no authority to stay an action in the state court or enjoin its judgments, as such action would constitute an impermissible intrusion into state litigation.*"

(Dkt. 31, at 2), relying on *Younger v. Harris*, 401 U.S. 37, 43 (1971).

Plaintiff's argument regarding not completing service on all defendants had no impact on the Court's decision in finding Plaintiff's Complaint was *"plainly frivolous"* as a matter of law. (Dkt. 31, at 5).

Plaintiff's second argument for "any other reason that justifies relief" also fails and is asserted without supporting evidence or establishing "extraordinary circumstances." (Dkt. 32, at 2). The Court's Memorandum Decision and Order found Plaintiff's action was "*frivolous*" and "*improperly asks the federal judiciary to interfere with state proceedings.*" (Dkt. 31, at 5). Plaintiff's Motion and supporting documents provide no new evidence or legal ground to challenge the Court's findings and ruling.

### III.  CONCLUSION

Plaintiff has failed to satisfy his burden in requesting relief under FRCP Rule 60(b)(1), or 60(b)(6). There is no new evidence, legal ground, or extraordinary circumstance that justifies granting relief from the Court's July 16, 2025, Memorandum Decision and Order. Plaintiff's Motion must be denied.

//

//

//

//

DATED: September 4, 2025.

                                                          KS LAWYERS, PLLC

                                                          By: */s/Patrick W. Harwood*
                                                             Patrick W. Harwood, IBA 6964
                                                              KS Lawyers, PLLC
                                                              108 N. Washington St., Ste. 201
                                                              Spokane WA  99201
                                                              iCourt Service: pharwood@ks-lawyers.com
                                                              Attorneys for Defendants Lake City
                                                              Law Group PLLC, Brereton, and Fegert

### **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 4, 2025, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Igor Malanchuk, Pro Se | info@claimdemands.com |
| Michael Bissell | mbissell@campbell-bissell.com |
| Sawyer R. Margett | srm@rnwlg.com |

AND I FURTHER CERTIFY that on such date I served the foregoing on the following non-CM/ECF Registered Participant by mailing via U.S. Postal Service to:

Igor Malanchuk
26515 E Mission Ave
Liberty Lake, WA 99019

                                                          */s/Patrick W. Harwood*
                                                          Patrick W. Harwood, IBA 6964
                                                          KS Lawyers, PLLC