MICHAEL S. BISSELL
CAMPBELL & BISSELL, PLLC
820 West 7th Avenue
Spokane, WA 99204
Telephone: (509) 455-7100
mbissell@campbell-bissell.com

Attorney for Defendants Richard Campbell,
Kateari Jensen, Nathan Gwinn and
Campbell & Bissell, PLLC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
NORTHERN DIVISION

| | |
|---|---|
| IGOR MALANCHUK, a Washington State resident,<br><br>Plaintiff,<br><br>vs.<br><br>RICHARD D. CAMPBELL, individually and in his capacity as managing member of CAMPBELL & BISSELL, PLLC; CAMPBELL & BISSELL, PLLC; JMAC RESOURCES, INC.; TERRY GADBAW, individually; EDWARD FOMENKO; TATYANA FOMENKO; INNA KONDARYUK; BOGDAN MARISH; LAKE CITY LAW GROUP, PLLC; KATHARINE B. BRERETON, individually and in her professional capacity; JENNIFER FEGERT, in her official capacity as Deputy Attorney General; ORGILL, INC.; BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, P.C.; NATHAN P. GWINN, individually, KATEARI N. JENSEN, individually; KATHLEEN BOOTH, in her official capacity; JULIE K. FOLLAND, in her official capacity; and DOES 1-50,<br><br>Defendants. | Case No. 2:25-cv-00332-BLW<br><br>**DEFENDANTS CAMPBELL & BISSELL, PLLC, RICHARD D. CAMPBELL, NATHAN P. GWINN AND KATEARI N. JENSEN'S JOINDER IN JMAC DEFENDANTS AND LAKE CITY LAW GROUP PLLC, KATHARINE B. BRERETON AND JENNIFER FEGERT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S RULE 60(b) MOTION (Dkt. 32)** |

Defendants Campbell & Bissell, PLLC, Richard D. Campbell, Nathan P. Gwinn and Kateari N. Jensen hereby join in JMAC Defendants' Response to Plaintiff's Motion for Relief from Judgment Under Fed. R. Civ. P. 60(b) (Dkt. 33) and Defendants Lake City Law Group PLLC, Katharine B. Brereton, and Jennifer Fegert's Response (Dkt. 34) in Opposition to Plaintiff's Rule 60(b) Motion (Dkt. 32).

Respectfully submitted this 11th day of September 2025.

                                            CAMPBELL & BISSELL, PLLC

                                            By: /s/ Michael S. Bissell
                                            MICHAEL S. BISSELL
                                            Attorney for Defendants Richard Campbell,
                                            Kateari Jensen, Nathan Gwinn and
                                            Campbell & Bissell, PLLC

                                            CAMPBELL & BISSELL, PLLC
                                            820 West 7th Avenue
                                            Spokane, WA 99204
                                            Telephone: (509) 455-7100
                                            E-mail: mbissell@campbell-bissell.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 11th day of September 2025, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system. The CM/ECF system will send notification of such filings to the following:

- Igor Malanchuk
  26515 East Mission Avenue
  Liberty Lake, WA 99019
      *Info@claimdemands.com*

- Patrick W. Harwood
  *pharwood@ks-lawyers.com*

- Sawyer R. Margett
  *srm@rnwlg.com*
  *kot@rnwlg.com*

        */s/ Michael S. Bissell*
        MICHAEL S. BISSELL
        Attorney for Defendants Richard D. Campbell, Campbell & Bissell, PLLC, Nathan P. Gwinn and Kateari J. Jensen
        820 West 7th Avenue
        Spokane, WA 99204
        Telephone: (509) 455-7100
        E-mail: mbissell@campbell-bissell.com